LOUISA AVAKIAN, respondent,

*v.*

HAGOP AVAKIAN, appellant.

[Submitted July 10th, 1905.    Decided March 5th, 1906.]

On appeal from a decree advised by Vice-Chancellor Pitney, whose opinion is reported *ante p. 89.*

*Messrs. Weller & Lichtenstein,* for the appellant.

*Mr. Eusebius W. Arrowsmith,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion filed in the court of chancery by Vice-Chancellor Pitney.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, FORT, GARRETSON, PITNEY, SWAYZE, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL—12.

*For reversal*—DIXON—1.